[No. 34789-6-I.   Division One.   October 2, 1995.]

*In the Matter of the Estate of* DORIS R. WHEELER.

THE DEPARTMENT OF SOCIAL & HEALTH SERVICES, *Appellant*, v. RICHARD T. WHEELER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King

County, No. 93-2-31107-9, Jim Bates, J., entered May 23, 1994. *Reversed with instructions* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ.